UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TERI NICOLE BROCK,<br>Plaintiff,<br><br>v.<br><br>LANCE RICHARD WINTER et al.,<br>Defendants. | Case No. 25-13199<br>Honorable Shalina D. Kumar<br>Magistrate Judge David R. Grand |

**ORDER ADOPTING REPORTS AND RECOMMENDATIONS (ECF NOS. 59, 68) AND DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS (ECF NOS. 23, 29, 37)**

This matter is before the Court on defendants' motions to dismiss. ECF Nos. 23, 29, 37. The Magistrate Judge issued two Reports and Recommendations ("R&Rs") recommending the Court "deny as moot without prejudice" defendants' motions to dismiss because Brock filed an amended complaint. ECF Nos. 59, 68. The parties did not file objections to the R&Rs, and the time to do so has expired. The failure to file a timely objection to an R&R constitutes a waiver of the right for further judicial review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, there is some authority that a district court is required to review the R&R for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b)

("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&Rs for clear error and finds none and **ADOPTS** R&Rs as written. Defendants' motions to dismiss are **DENIED AS MOOT** without prejudice to refile them in response to plaintiff's amended complaint.

**IT IS SO ORDERED.**

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: September 24, 2026